UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
     Plaintiff

          v.                         Case No.  09-cr-01-01-SM

Jose Arroyo Castillo,
     Defendant

O R D E R

Defendant Castillo's motion to continue the trial is granted  (document no. 9).   Trial has been rescheduled for the month of May 2009.  Defendant  Castillo shall file a waiver of speedy trial rights not later than March 20, 2009.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference  is scheduled for May 12, 2009 at 3:30 p.m.

Jury selection will take place on May 19, 2009 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

March 6, 2009

cc:   Bruce E. Kenna, Esq.
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation