UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
   Plaintiff

   v.                           Case No.  09-cr-01-01-SM

Jose Arroyo Castillo,
   Defendant

O R D E R

Defendant Castillo's motion to continue the trial is granted  (document no. 12).   Trial has been rescheduled for the month of June  2009.  Defendant Castillo  shall file a waiver of speedy trial rights not later than May 26, 2009.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for June 5, 2009 at 11:00 a.m.

Jury selection will take place on June 16, 2009 at 9:30 a.m.

SO ORDERED.

                                                                    _/s/ Steven J. McAuliffe_
                                                                    Steven J. McAuliffe
                                                                    Chief Judge

May 14, 2009

cc:   Bruce E. Kenna, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation